**Howard J. MAJERUS, Respondent,**

v.

**ENGLE FABRICATION, INC. and State Fund Mutual Insurance Company, Relators.**

**No. C9–00–308.**

Supreme Court of Minnesota.

May 24, 2000.

Lynn, Scharfenberg & Associates, Mark Chapin Hall, Minneapolis, for relators.

McCoy, Peterson, Jorstad & Brabbit, Raymond R. Peterson, Minneapolis, for respondent.

### O R D E R

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 27, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

---

Employee is awarded $600 in attorney fees.

BY THE COURT:
Alan C. Page
Associate Justice

---

■

**Rick L. BLIGHT, Relator,**

v.

**HARBOR CITY MASONRY and Michigan Physicians Mutual Liability Company, Respondents.**

**No. C3–00–384.**

Supreme Court of Minnesota.

May 25, 2000.

Cuzzo, Bradt & Envall, Ronald R. Envall, Michael J. Cuzzo, Duluth, for relator.

Koll, Morrison & Charpentier, Andrew J. Morrison, Barbara G. Lawton, St. Paul, for respondents.

### AMENDED ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 8, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Edward C. Stringer
Associate Justice